UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESEDI TOUSSAINT, INDIVIDUALLY and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CARE.COM, INC., SHEILA LIRIO MARCELO, AND MICHAEL ECHENBERG<br><br>　　　　　　　　　　Defendants. | Case No. 1:19-cv-10628 |

**JOINT STIPULATION REGARDING SCHEDULING ORDER**

WHEREAS, on July 17, 2019, the Court instructed the Parties to submit a proposed schedule for the filing of a consolidated complaint and a briefing schedule in the event that Defendants respond to that complaint by filing a motion to dismiss (ECF No. 16); and

WHEREAS, the Parties have met and conferred and agreed on a schedule;

THEREFORE, Plaintiffs and Defendants HEREBY STIPULATE AND AGREE, subject to the Court's approval,

1.　　The deadline for Plaintiffs to file an amended complaint is September 16, 2019.

2.　　The deadline for Defendants to move to dismiss (or answer or otherwise respond to the amended complaint) is November 1, 2019.

3.　　The deadline for Plaintiffs to oppose Defendants' motion to dismiss, should one be filed, is December 17, 2019.

4. The deadline for Defendants to reply to Plaintiff's opposition to Defendants' motion to dismiss, should one be filed, is January 17, 2020.

IT IS SO STIPULATED THIS 22nd day of July 2019.

July 22, 2019

Respectfully submitted,

*/s/ Jacob A. Walker*
Jeffrey C. Block (BBO #600747)
Jacob A. Walker (BBO # 688074)
Nathaniel Silver (BBO # 693968)
**Block & Leviton LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockesq.com
jake@blockesq.com
nate@blockesq.com

*Attorneys for Plaintiff and the Class*

*/s/ John J. Butts*
William H. Paine (BBO #550506)
John J. Butts (BBO #643201)
Andrew S. Dulberg (BBO #675405)
**Wilmer Cutler Pickering Hale & Dorr LLP**
60 State Street
Boston, MA 02109
(617) 526-6000 phone
(617) 526-5000 fax
william.paine@wilmerhale.com
john.butts@wilmerhale.com
andrew.dulberg@wilmerhale.com

*Attorneys for Defendants*

**Certificate of Service**

I, Jacob A. Walker, hereby certify that a copy of this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing at the time it is filed through the CM/ECF system on July 22, 2019

*/s/ Jacob A. Walker*
Jacob A. Walker

SO ORDERED on this _____ day of _____, 2019.

_____
Hon. Denise J. Casper
United States District Court Judge