## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

LESEDI TOUSSAINT, individually and on
behalf of all others similarly situated,

        Plaintiff,

    v.

CARE.COM, INC., SHEILA LIRIO
MARCELO, and MICHAEL ECHENBERG,

        Defendants.

No. 1:19-cv-10628-DJC

Oral Argument Requested

### DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), the Securities Exchange Act of 1934, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(2) ("Reform Act"), Care.com, Inc., Sheila Lirio Marcelo, and Michael Echenberg ("Defendants") hereby move to dismiss all claims against them in the First Amended Complaint (the "Complaint"). The grounds for this motion, which are explained in detail in the accompanying Memorandum of Law and the Declaration of John J. Butts in Support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint for Violation of the Federal Securities Laws filed contemporaneously, include the following:

1.    Plaintiff's claims for violations under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 fail because Plaintiff has not identified (with the particularity required by the Reform Act and Rule 9(b)) any false or materially misleading

statement by Care.com or any individual defendant.  To the extent Plaintiff purports to identify false and misleading statements, Care.com's various public disclosures, including its annual reports, quarterly filings, conferences, and investor presentations refute Plaintiff's allegations. Some of the challenged statements are also inactionable as puffery or are otherwise immaterial. Thus, the Complaint fails to establish falsity with particularity, and fails to establish that the purportedly false statements it challenges were material.

2.      Plaintiff's claims also fail under the Reform Act because Plaintiff has not pleaded facts to establish a strong inference that Defendants acted with *scienter*.

WHEREFORE, for these reasons and the reasons set forth in the accompanying Memorandum of Law and contemporaneously filed Declaration, the Defendants respectfully request that the Court dismiss this action in its entirety.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request an oral argument. Defendants make this request because they believe that oral argument may assist the Court's consideration of this Motion and they would appreciate the opportunity for counsel to address any issues raised by, or questions posed by, the Court.

Respectfully Submitted,

Dated: November 1, 2019

*/s/   John J. Butts*
William H. Paine (BBO # 550506)
John J. Butts (BBO # 643201)
Andrew S. Dulberg (BBO # 675405)
Megan E. Barriger (BBO # 687707)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6000
Fax: (617) 526-5000
William.Paine@wilmerhale.com
John.Butts@wilmerhale.com
Andrew.Dulberg@wilmerhale.com
Megan.Barriger@wilmerhale.com

Michael Bayer (BBO# 660654)
Care.com, Inc.
77 Fourth Avenue, Fifth Floor
Waltham, Massachusetts 02451
Tel: (781) 795-7194
Fax: 781.899.1294
michael.bayer@care.com

*Attorneys for Care.com, Inc., Sheila Lirio Marcelo,*
*and Michael Echenberg*

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I hereby certify that I have conferred with counsel for the Plaintiff on October 25, 2019,

in a good faith attempt to resolve or narrow the issues involved in this Motion.

/s/ *John J. Butts*
John J. Butts

## CERTIFICATE OF SERVICE

I, John J. Butts, hereby certify that this document filed through the CM/ECF system will

be sent electronically to the registered participants as identified on the Notice of Electronic Filing

on this 1st day of November, 2019.

s/ *John J. Butts*
John J. Butts