UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Lesedi Toussaint

v.  CIVIL ACTION NO. 19-cv-10628-DJC

Care.com, Inc. et al

ORDER OF DISMISSAL

CASPER, D.J.  September 25, 2020

In accordance with the Memorandum and Order dated September 25, 2020, the Court Orders Defendants' Motion to Dismiss is Allowed and the above-entitled action is hereby DISMISSED.

By the Court,

/s/ Matthew McKillop
Deputy Clerk